Craig K. Perry
Nevada Bar No. 3786
**CRAIG K. PERRY & ASSOCIATES**
6210 N. Jones Blvd. #753907
Las Vegas, Nevada 89136-8985
Telephone: (702) 228-4777
Facsimile: (702) 943-7520
cperry@craigperry.com

Max S. Morgan, Esquire*
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
*pro hac vice*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TYESHA HERNANDEZ, *on behalf of herself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>BUMP HEALTH, INC. d/b/a BUMP BOXES,<br><br>*Defendant*. | Civil Case No.: 2:25-cv-00452-RFB-BNW |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses her individual claims against Defendant with *prejudice*. The claims of the putative class are

///

///

///

///

///

1

dismissed *without prejudice.*  Each party shall bear its own fees and costs.

Dated: May 15, 2025

      /s/ Craig K. Perry_____
Craig K. Perry
Nevada Bar No. 3786
**CRAIG K. PERRY & ASSOCIATES**
6210 N. Jones Blvd. #753907
Las Vegas, Nevada 89136-8985
Telephone: (702) 228-4777
Facsimile: (702) 943-7520
cperry@craigperry.com

Max S. Morgan, Esquire*
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
*Application to appear pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated : May 15, 2025

                                               /s/ Tyrin Kanemeier _____
                                               An Employee of Craig K. Perry & Associates